## 56868. McKEMIE v. GREAT AMERICAN INSURANCE COMPANY.

Smith, Judge.
On certiorari to the Supreme Court, this case was reversed. Therefore this case, as published in *McKemie v. Great American Ins. Co.,* 149 Ga. App. 19 (253 SE2d 399) (1979), is vacated and the opinion of the Supreme Court in

*Great American Ins. Co. v. McKemie,* 244 Ga. 84 (1979), is adopted as the decision of this court.

*Judgment reversed. Deen, C. J., and Banke, J., concur.*

SUBMITTED NOVEMBER 13, 1978 — DECIDED
OCTOBER 30, 1979.

*Arnold Hammack,* for appellant.
*Jesse W. Walters,* for appellee.